IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GENEVA HARVARD
and TOMMY HARVARD, Spouse of Geneva A. Harvard                    PLAINTIFFS

    vs                    4:05CV00286-WRW

WYETH, et al                                                                                        DEFENDANTS

## ORDER

Pursuant to an email received from Plaintiffs counsel, it appears that the Plaintiffs are incorrectly named.   The Clerk is directed to change the name of the Plaintiffs to:

GENEVA HAVARD and TOMMY HAVARD

IT IS SO ORDERED this 20th day of November, 2006.

                                        AT THE DIRECTION OF THE COURT
                                        JAMES McCORMACK, CLERK


                                        /s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd